7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Jerold Bennett Fairman and Jennifer Danielle Fairman  
*Debtor*

*Bankruptcy Case No.*  
14−60468−abf7

**Fred Charles Moon**  
    Plaintiff(s)

*Adversary Case No.*  
14−06023−abf

v.

**Jerold Bennett Fairman**  
**Jennifer Danielle Fairman**  
**James W. Fairman**  
**Capital One Bank (USA) N.A.**  
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of Plaintiff/Trustee and Against Defendants James W. Fairman, Jerold B. Fairman, Jennifer D. Fairman and Capital One Bank (USA), N.A., on Counts I and II as prayed for in the Complaint For Declaratory Judgment and For Order Authorizing Sale of Co−Owned Real Estate,[doc.#1].



Ann Thompson  
Court Executive

By: /s/ Sharon Greene  
    Deputy Clerk

Date of issuance: 9/10/14

Court to serve